# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CHESS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-18-1093-F |
| RICHARD E. ROMINE, et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Counter-Defendants Stephen Chess, Lois Chess, Bruce Callander, Jeff Drawdy, and Susan Drawdy, Defendants-Counterclaimants Richard E. Romine and Striker Entities, LLC, a Wyoming limited liability company, and Intervenors-Counterclaimants The Striker Group, LLC, an Oklahoma limited liability company; Striker Development, LLC, a Wyoming limited liability company; Striker 2004 LLC, Striker 2005 LLC, and Striker 2008 LLC, advise the Court that they have agreed upon a settlement of the disputes between them, and stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a), with the parties to bear their own respective costs and attorney fees..

s/ Mark S. Grossman
Mark S. Grossman, OBA #10318
National Litigation Law Group, LLP
2401 Northwest Twenty Third Street, Suite 42
Oklahoma City, OK 73107
(405) 605-8469 – telephone
(405) 300-1282 – facsimile
mgrossman@nationlit.com

***ATTORNEY FOR PLAINTIFFS AND COUNTER DEFENDANTS***

    and

s/A. Wayne Billings
(electronically signed by filing attorney with permission of Mr. Billings)
A. Wayne Billings, OBA # 31483
FELLERS SNIDER BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 N. Broadway Avenue, Suite 1700
Oklahoma City, OK 73102-8820
(405) 232-0621 – telephone
(405) 232-9659 – facsimile
wbillings@fellerssnider.com

***ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS AND INTERVENORS-COUNTERCLAIMANTS***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of March, 2020, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark K. Stonecipher -- mstonecipher@fellerssnider.com
A. Wayne Billings -- wbillings@fellerssnider.com
Socorro Adams Dooley -- sdooley@fellerssnider.com

s/Mark S. Grossman
Mark S. Grossman